Leo DiTomasso, Appellant and Respondent, *v.* Vito Loverro et al., Respondents, and Samuel Rubel et al., Respondents and Appellants.

Argued October 21, 1937; decided November 23, 1937.

*Jacob Krisel, Herman Mendes* and *George Lessall* for plaintiff, appellant and respondent.

*Walter H. Pollak, Samuel J. Silverman, Leslie Handler* and *Nathan Friedman* for defendants, respondents and appellants.

*Frank W. Holmes* for defendants, respondents.

On plaintiff's appeal from order granting a new trial as to the defendants Loverro et al., order affirmed and judgment absolute ordered against plaintiff, appellant, on the stipulation, without costs.

On plaintiff's appeal from judgment, judgment affirmed, without costs.

On defendants' appeals, judgment affirmed, without costs; no opinion. (See 276 N. Y. 610, 681.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.